| 1 | Name | Ian O. Bucon |
| 2 | Bar # | 034543 |
| 3 | Firm | Ballard Spahr LLP |
|   | Address | 1 East Washington Street |
| 4 | | Suite 2300 |
| 5 | | Phoenix, AZ 85004-2555 |
| 6 | Telephone | (602) 798-5400 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Rudolph Johnson Family L.L.C.

       Plaintiff,

   vs.

City of Glendale

       Defendant.

)
)
)
)
)
)
)
)
)
)
)

**Case No.**

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Rudolph Johnson Family L.L.C.

in compliance with the provisions of: *(check one)*

   [✔] Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   [ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   [ ] Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

[✔] No such corporation.

[ ] Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

[ ] Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

[ ] Other(please explain)

_____

_____

     **A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 27th_____ day of December_____, 2019_____.

Ian O. Bucon
_____
Counsel of Record

Certificate of Service: